AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )  Case No.  MJ20-037
Cellular telephone, as more fully described in )
Attachment A. )

CERTIFIED TRUE COPY
ATTEST: WILLIAM M. MCCOOL,
Clerk, U.S. District Court
Western District of Washington
By Sshauli Rattur
Deputy Clerk

_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

JUL 1 4 2021

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Western___ District of ___Washington___
*(identify the person or describe the property to be searched and give its location)*:

Cellular telephone, more fully described in Attachment A, incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before  2/12/2020  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ___Any Magistrate Judge in the Western District of WA___
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*  ☑ until, the facts justifying, the later specific date of   04/29/2020

Date and time issued:  01/29/2020 3:00 pm           _____
                                                        *Judge's signature*

City and state:  Seattle, Washington    Brian A. Tsuchida, United States Chief Magistrate Judge
                                            *Printed name and title*

USAO: 2019R00980

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: MJ20-037 | Date and time warrant executed: 2/1/2020 | Copy of warrant and inventory left with: N/A |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

Electronic download of phone to include any contacts, messages, photos, & phone information, for evidence as described in Attachment B.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 8/13/2020

_____
Executing officer's signature

Geoff Provencale, SA
Printed name and title

## Attachment A

### PROPERTY TO BE SEARCHED

The property to be searched comprises the following cellular telephone currently in the possession of the Drug Enforcement Administration:

> **The Target Telephone:** Black LG cellular phone with "LG" and "cricket" marked on the back of the phone. Additionally the phone has a white label on the back of it that lists an IMEI of 356865092475363. The phone is currently in the custody of DEA Seattle.

Attachment B

Items to be Searched for and Seized

This warrant authorizes the seizure of the following items or materials that may contain evidence of the commission of, the fruits of, and/or property which has been used as the means of committing the following crimes: distribution of, and possession with intent to distribute, controlled substances, and conspiracy to commit this offense, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1), and 846:

   a. Assigned number and identifying telephone serial number (ESN, MIN, IMSI, or IMEI);
   b. Stored list of recent received, sent, and missed calls;
   c. Stored contact information;
   d. Stored photographs, videos, or other recordings of narcotics, currency, firearms, or other weapons, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;
   e. Stored text messages, as well as any messages in any internet messaging apps, including but not limited to Facebook Messenger, iMessage, Wikr, Telegram, Signal, WhatsApp, and similar messaging applications.

The search warrant authorizes imaging or otherwise copying all data contained on the subject devices. The search warrant also authorizes reasonable efforts to overcome any passcode protection of the subject devices.